ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

Jewel S. Graham

                Defendant.

Case No.: 97 MJ 01502 (MRG)

**ORDER OF DISMISSAL**

---

Motion by the Government to dismiss is granted and the above-captioned case is hereby dismissed.

SO ORDERED.

_____
Hon. Martin R. Goldberg,
United States Magistrate Judge

Dated: 20 day of November, 2020
Poughkeepsie, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

Anthony M. Sierra

                Defendant.

Case No.: 97 MJ 01503 (MRG)

**ORDER OF DISMISSAL**

---

Motion by the Government to dismiss is granted and the above-captioned case is hereby dismissed.

SO ORDERED.

_____
Hon. Martin R. Goldberg,
United States Magistrate Judge

Dated: 20 day of November, 20 20
Poughkeepsie, New York